WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Tracey Jean Thompson,<br><br>　　　　　　Defendant. | No. CR-12-01479-PHX-SRB<br><br>**ORDER OF DETENTION** |

A detention hearing and a preliminary revocation hearing on the Petition on Supervised Release were held on November 13, 2015.

The Court considered the information provided to the Court, and the arguments of counsel in determining whether the defendant should be released on conditions set by the Court.

The Court Finds that the Defendant has failed to sustain her burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that she is not a serious flight risk. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994). On December 8, 2014, Judge Bolton previously amended Defendant's supervised release to include residential treatment. Defendant subsequently had four positive (methamphetamine) urinalysis tests along with two failures to submit testing and a failure to attend counseling allegation.

IT IS ORDERED that the Defendant shall be detained pending further order of the court.

Dated this 17TH day of November, 2015.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Honorable John Z. Boyle
　　　　　　　　　　　　　　　　United States Magistrate Judge